**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

---

| | | |
|---|---|---|
| **PERLBERGER LAW ASSOCIATES, P.C.,** | : | |
| **HANNA PERLBERGER** | : | |
| **Plaintiffs,** | : | **CIVIL ACTION** |
| | : | **No. 21-2287** |
| **v.** | : | |
| | : | |
| **WELLS FARGO BANK, N.A.,** | : | |
| **Defendant.** | : | |

---

## <u>ORDER</u>

This 3rd day of August, 2021, for the reasons stated in the accompanying memorandum, it is hereby **ORDERED** that Defendant's Motion to Dismiss Plaintiff's Complaint is **GRANTED in part and DENIED in part,** as follows: Counts I, II, and III(A) are dismissed.

___/s/ Gerald Austin McHugh_____
United States District Judge
