**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **PERLBERGER LAW ASSOCIATES, P.C.,** | : | |
| **HANNA PERLBERGER** | : | |
|         Plaintiffs, | : | **CIVIL ACTION** |
| | : | **No. 21-2287** |
|         v. | : | |
| | : | |
| **WELLS FARGO BANK, N.A.,** | : | |
|         Defendant. | : | |

**ORDER**

This 19th day of July, 2022, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Defendant's Motion for Summary Judgment, ECF 31, is **GRANTED**.

 

                                                                               /s/ Gerald Austin McHugh
                                                                            United States District Judge