Norman Perlberger, Esquire (np4025)                    Attorney for Plaintiffs
PERLBERGER LAW ASSOCIATES, P.C.
Attorney Identification No. 15742
Two Bala Plaza, Suite 300
Bala Cynwyd, PA  19004

(610) 660-7750
np@perlbergerlaw.com

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**PERLBERGER LAW ASSOCIATES, P.C.**      **Case No.   2:21-cv-02287-GAM**

**HANNA PERLBERGER**

       **Plaintiffs**

                                   **JURY TRIAL DEMANDED**

   **vs.**

**WELLS FARGO BANK, N.A.**

       **Defendant**


## <u>NOTICE OF APPEAL</u>

NOTICE is hereby given that Plaintiffs appeal from the Order of July 19, 2022,

granting Summary Judgment in the above captioned matter (attached hereto), as well as this

Court's Order of August 3, 2021 (attached hereto), granting in part, Defendant's 12(b) Motion

to Dismiss.


DATE: July 20, 2022

                                           _/s/Norman Perlberger_
                                           Norman Perlberger, Esquire
                                           Attorney for Plaintiffs

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 20, 2022, I electronically filed the

foregoing with the Clerk of Court and, by virtue of the CM/ECF system, a copy will be

electronically provided to all counsel of record.

*/s/Norman Perlberger*
Norman Perlberger, Esquire