# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 22-2333

Perlberger Law Associates, et al v. Wells Fargo Bank NA

(U.S. District Court No.: 2-21-cv-02287)

# ORDER

In accordance with the agreement of the parties in the above-captioned case, the matter is hereby dismissed pursuant to Fed. R. App. P. 42(b), without cost to either party. A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: October 26, 2022
SB/cc: Norman Perlberger, Esq.
John L. Schweder II, Esq.
Mr. George V. Wylesol,

**A True Copy:**

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate